# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 21-0814V

| | |
|---|---|
| PETE HEFFRON,<br><br>　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: February 11, 2021 |

### SCHEDULING ORDER – PRE-ASSIGNMENT REVIEW ("PAR")

On February 11, 2021, Petitioner requested additional time to comply with Section E – Certified Records, of the Pre-Assignment Review (PAR) Initial Order. Petitioner is granted an additional 90 days to comply with the requirements of the PAR initial order. If Petitioner encounters any difficulty obtaining these certifications or records, he may file a motion to authorize his counsel to issue a subpoena for these records.[1]

**The following is ORDERED: The deadline for Petitioner to file any outstanding records required by the PAR Initial Order is extended to <u>Wednesday, May 12, 2021</u>,**

Any questions about this order or about this case generally may be directed to OSM staff attorneys, Andrew Schick, andrew_schick@cfc.uscourts.gov, and Francina Segbefia, francina_segbefia@cfc.uscourts.gov.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Brian H. Corcoran
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian H. Corcoran
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Special Master

---

[1] https://www.uscfc.uscourts.gov/sites/default/files/Motion-for-Subpoena-Authority.pdf